No. 01–5131. SANTIAGO-SIFUENTES ET AL. *v.* UNITED STATES; HUITRON-ARELLANO *v.* UNITED STATES; RESENDEZ *v.* UNITED

STATES; and BEIZA-CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704.